EDWARD H. KUBO, JR.
United States Attorney

MICHAEL K. KAWAHARA        1460
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 16 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. CR03 00030 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 846 & 18 U.S.C. 2] |
| VS. ) | |
| ) | |
| BOBBIE JEAN ASUNCION,   (01) ) | |
| IRIS NALANI GRILHO,     (02) ) | |
| JAMES KEALOHA NUNUHA, JR.(03) ) | |
| ) | |
| Defendants. ) | |

**INDICTMENT**

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about January 3, 2003 in the District of Hawaii and elsewhere, defendants:

**BOBBIE JEAN ASUNCION** (hereinafter "Asuncion"),
**IRIS NALANI GRILHO** (hereinafter "Grilho"),
**JAMES KEALOHA NUNUHA, JR.** (hereinafter "Nunuha"),

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, its

salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about January 3, 2003 at 91-562 Kuilioloa Place, LL #4, Ewa Beach, Hawaii, Grilho accepted delivery of the following Federal Express ("FedEx") parcel:

> One (1) FedEx Express "Small" box, measuring approximately 12 1/2" x 11" x 1 1/2", with FedEx tracking number 8366 9273 0160 and listing the sender as Charles ROBINSON, phone number 702 406-0452, 9930 Spencer St, #7, Las Vegas, NV 89123, and being sent to Iris JAMES, 91-562 Kuiliolia LL#4, Ewa Beach, HI 96706 **[hereinafter referred-to as "subject parcel"]**.

2. On or about January 3, 2003, Nunuha took the subject parcel out of 91-562 Kuilioloa Place, LL #4, Ewa Beach, Hawaii, and placed it in an automobile parked outside.

3. On or about January 3, 2003, Nunuha took the subject parcel out of the said automobile and took it back into 91-562 Kuilioloa Place, LL #4, Ewa Beach, Hawaii.

4. On or about January 3, 2003 at 91-562 Kuilioloa Place, LL #4, Ewa Beach, Hawaii, Nunuha opened the subject parcel.

5. On or about January 3, 2003 at 91-562 Kuilioloa Place,

LL #4, Ewa Beach, Hawaii,, Grilho opened the subject parcel.

6. On or about January 3, 2003 at 91-562 Kuilioloa Place, LL #4, Ewa Beach, Hawaii, Nunuha threw the subject parcel and some of its contents into an adjoining apartment lanai/patio.

7. On or about January 3, 2003 at 91-562 Kuilioloa Place, LL #4, Ewa Beach, Hawaii, Nunuha threw a scale and a quantity of methamphetamine into an adjoining apartment lanai/patio.

8. On or about January 3, 2003, Asuncion drove to 91-562 Kuilioloa Place, Ewa Beach, Hawaii.

9. On or about January 4, 2003 and at earlier times during the charged conspiracy, at 94-382 Hokuahiahi Street, Mililani, Hawaii, Asuncion possessed drug paraphernalia such as scales, a money counter, plastic bags, and a pipe.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

From a time unknown to the grand jury up through and including on or about January 3, 2003 in the District of Hawaii and elsewhere, defendants:

    BOBBIE JEAN ASUNCION,
    IRIS NALANI GRILHO, and
    JAMES KEALOHA NUNUHA, JR.,

knowingly and intentionally attempted to possess with intent to

distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: Honolulu, Hawaii, January 16, 2003.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Asuncion, Grilho, and Nunuha, USDC-Hawaii, Indictment.